**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BUZZANCA ) | |
| 200 D Street, N.W. ) | |
| Washington. D.C. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | No._____ |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| and ) | |
| ) | |
| JOHN DOE EMPLOYEES ) | |
| OF DEPARTMENT OF CORRECTIONS ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The District of Columbia, through counsel, respectfully notifies this Court as follows:

1. The above-named parties are named Defendants in a civil action now pending in the Superior Court of the District of Columbia, entitled *Anthony Buzzanca v. District of Columbia, et al.* (2018 CA 6557 B).

2. The above-entitled action was filed on September 28, 2018.  Copies of all process, pleadings and orders served upon the parties are attached as Exhibit A. This notice of removal is brought pursuant to 28 U.S.C. § 1441, because plaintiff's civil action is one in which the federal court has jurisdiction. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  28 U.S.C. § 1441(b).  In Paragraphs 12-19 of his complaint, plaintiff alleges pursuant

to 42 U.S.C. § 1983 that his Fourth, Fifth, Eighth and Fourteenth Amendment rights were violated by the District of Columbia.

3. Although the lawsuit was filed on September 28, 2018, the District was not served with the complaint until November 8, 2018. Thirty days following that date is Saturday, December 8, 2018 and therefore this notice of removal is timely filed on Monday, December 10, 2018. *See* Fed.R.Civ.P. 6(a)(1)(C)

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1446.

Dated: December 10, 2018                 Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6642
(202) 741-8895 (fax)
robert.deberardinis@dc.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed by first class postage this 10th day of December 2018 to:

Ian A. Williams
717 D Street, N.W.
Suite 300
Washington, D.C. 20004

Counsel for Plaintiff

/s/Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, Jr.